Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
OF NEW JERSEY
RECEIVED

for the

**District of New Jersey**

2017 NOV 21  P 3: 51

__Civil_____ Division

**DAVID CARROWAY**

_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

**TEVI DOLINGER et'al**

_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☑Yes    ☐No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | David Carroway |
| Address | 60. Fulton Street. |
| | East orange     NJ     07017 |
| | *City*     *State*     *Zip Code* |
| County | Essex |
| Telephone Number | 073 666 5820 |
| E-Mail Address | davidcarroway@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Tevi Dolinger |
| Job or Title *(if known)* | Assistant Prosecutor |
| Address | 25. Kirkpatrick Street. |
| | Newbrunswick     NJ     08901 |
| | *City*     *State*     *Zip Code* |
| County | Middlesex |
| Telephone Number | 732-745-3300 |
| E-Mail Address *(if known)* | prosecutor@co.middlesex.nj.us |

[✓] Individual capacity     [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Pedro Jimenez |
| Job or Title *(if known)* | Judge of Superior Court |
| Address | 1 Middlesex County Courthouse One J.F.K. Square . |
| | Newbrunswick     NJ     08901 |
| | *City*     *State*     *Zip Code* |
| County | Middlesex |
| Telephone Number | 732-645-4300 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity     [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**Defendant No. 3**

| | |
|---|---|
| Name | **Michael Weiss** |
| Job or Title *(if known)* | **Defense Attorney** |
| Address | P.O. Box 1 . |
| | Jamesburg     NJ     08831 |
| | *City*     *State*     *Zip Code* |
| County | Burlington |
| Telephone Number | 732-641-2992 |
| E-Mail Address *(if known)* | |

☑ Individual capacity     ☐ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City*     *State*     *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Plaintiff asserts that the above mentioned defendants violated plaintiffs 6th 5th and 14th amendment U.S. Constitution rights and Article 1. of New Jersey state Constitution, Depriving Plaintiff of his due process and equal protection rights, moreover plaintiff right to competent assistants of counsel.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant, Tevi Donlinger acted under color of state law, fore said defendant at the time of defendant violating plaintiffs right defendant was the assistant prosecutor in the aforementioned proceeding where defendant made a false statement which in turn led the court to make an unjust ruling in defendants favor. clearly at the time of the matter mention above defendant did exercise power possess ( see attached sheet, continuation D. of page. 4

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

in the Superior Court of New Jersey Middlesex County Newbrunswick N.J. 08901.

B.      What date and approximate time did the events giving rise to your claim(s) occur?
On the date of 06-12-2017.

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On the date of 06-12-2017 I David Carroway, appeared in the Superior Court of New Jersey, Middlesex County, New Brunswick, NJ. The purpose of said appearance was for a motion for change of venue. The hearing was before the Honorable Pedro Jiminez, J.S.C., Assistant Prosecutor Tevi Dollinger of the Middlesex County Prosecutor's Office represented the State. Defense Attorney Michael Weiss represented me. It is to be noted that on the date of 07/20/2015, that a motion was made by Assistant Prosecutor Veena Desia of the Middlesex County Prosecutor's Office, for a change of venue, which was denied. However, on the date of 06/12/2017, defense attorney Michael Weiss motioned the court for a change of venue. The reason for the request was that the plaintiff in the matter before this court, had a long history with members of the Middlesex County Prosecutor's Office, and that said members were to be witnesses for the defense in a trial of Mr Carroway. It was argued that the Assistant Prosecutor Dollinger. cross-examining members of his office, mainly Assistant Prosecutor [ see attached continuation of page 4, section C.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

---

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff seeking injunctive and declaratory relief by way of order of this Court , ordering the aforementioned defendants to cease and desist violating and/or depriving plaintiff of his U.S. and State Constitutional rights, moreover, plaintiff is seeking compensation of legal fees in the sum of $2,522.00.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)                                                                    Page 6 of 6

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _David Carroway_    11-20-2017

Signature of Plaintiff    _David Carroway_

Printed Name of Plaintiff    David Carroway

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

| City | State | Zip Code |
|------|-------|----------|

Telephone Number    _____

E-mail Address    _____

## CONTINUATION OF PAGE 4 SECTION C

Vena Desai. During the proceeding, assistant Prosecutor Dolinger states to the Court, the he would not have an issue with cross examining Assistant Prosecutor Desai, furthermore stating that she was not his direct supervisor. This statement was false, Assistant Prosecutor Vena Desai is the Trial Team leader) in Judge Jimenez' Court room. As a result of assistant Prosecutor Dolinger's false statement in respect to who his direct supervisor was , the court rendered a favorable ruling to Assistant Prosecutor Dolinger. The actions of Assistant Prosecutor Tevi Dolinger violated and or deprived Plaintiff of his constitutional right to a fair, conflict free and impartial proceeding, to which rights are afforded by the 5th , 14th, and 6th amendment of the U.S. Constitution and article 1, section 10, of New Jersey State Constitution. Judge Pedro Jimenez at no time doing the proceeding made any mention and or attempt to correct Assistant Prosecutor Tevi Dolinger knowing that Mr.Dolinger had lied to the court. Plaintiff in the claim before this court asserts that Judge Pedro Jimenez was fully aware as to who Assistant Prosecutor Dolinger's direct supervisor was because both Mr.Dolinger and his direct supervisor Vena Desai are assigned to Judge Jimenez' courtroom and work with him day to day, furthermore Judge Jimenez was at one time an Assistant Prosecutor at the Middlesex County Prosecutors Office, thus it is clear that Judge Jimenez allowed the actions of Assistant Prosecutor Dolinger and or acted in concert with Assistant Prosecutor Dolinger in depriving and or violating the constitutional rights of the plaintiff in this claim before this court. Michael Weiss Attorney at law was the attorney for the defense. Attorney Michael Weiss failed to motion the court as to the actions of false statements and blatantly lying to the court. Mr.Weiss made no attempt to advise the court that to allow the action of Mr.Dolinger, would be a violation of plaintiff's civil rights , moreover Mr.Weiss was also at some time an Assistant Prosecutor with the Middlesex County Prosecutors Office. He is fully aware of who Assistant Prosecutor Dolinger' s direct supervisor is and who the trail team leader is and just what a trail team leader's functions are, yet the record will show that Mr.Weiss failed to provide the assistance of counsel that that is guaranteed all defendants in a

## 1. Continuation of page 4. Section D.

By virtue of state law and made possible only because defendant was clothed with the authority of state law, moreover defendant abused the position given to him by law. Furthermore plaintiff asserts that there is a causal connection between defendant's action and the harm that has resulted.

## PEDRO JIMENEZ J.S.C.

Defendant Pedro Jimenez, acted under color of state law, for at the time of the proceeding in which the plaintiffs was deprived of his constitutional rights and or plaintiffs rights violations, defendant was the sitting judge in the proceeding moreover, defendant acted under color of state law fore at the time of the aforementioned matter, defendant having had power possessed by virtue of state law cloth with the authority of state law.

## Michael Weiss Defense attorney.

Defendant Michael Weiss, acted under color of law wherein he represented the plaintiff in the aforementioned proceeding. Defendant is an officer of the court, moreover defendant deprived plaintiff of his 6th amendment U.S. constitutional right by failing to perform his sworn duties. Furthermore defendant deprived plaintiff of his N.J. state Constitutional right under article 1. Part 10., to have competent assistance of counsel. Defendant having had power possessed by virtue of state law clothed with the authority of state law.

proceeding by the 6th Amendment of the U.S. Constitution, moreover the right to competent assistance of counsel guaranteed defendants by article 1. Section 10. Of the New Jersey State Constitution. Furthermore, Attorney Michael Weiss acted in concert with Mr. Dolinger in depriving the plaintiff in this claim before this court .

In short it is the facts of this claim, that on the date of 06-12-2017, that the defendants mentioned in the above captioned matter, did in fact and the record will show the they did in their actions deprive and or violate plaintiffs U.S. 14th, 5th, and 6th amendment Constitutional rights. Moreover they did also deprive the herein named plaintiff of his New Jersey State Constitutional right of article 1.par 10.